# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JIMMY L. LESHORE,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) |
| vs. | ) Case No. 5:09-cv-00890-CLS-JEO |
| | ) |
| **DAN C. KING, III,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 11th day of August, 2009.

                                                                                              _____
                                                                                              United States District Judge